UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR RAY BURTON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:03CV1502MLM |
| CHUCK DWYER,[1] | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Respondent Chuck Dwyer and against Petitioner Victor Ray Burton and that the Petition filed by Petitioner for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED,** with prejudice. Doc. 2.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of July, 2005.

---

[1] Petitioner is incarcerated in the Southeast Correctional Center. Chuck Dwyer is now the Superintendent of the Southeast Correctional Center, replacing Donna Cayer. Therefore, the court has substituted Chuck Dwyer for Donna Cayer pursuant to 28 U.S.C. § 2254, Rule 2(a).

PDF created with FinePrint pdfFactory trial version www.pdffactory.com